AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* | ) ) ) | |
| v. | ) | Case No. |
| _____ *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

*Attorney's signature*

\* In accordance with L. R. 83.20(f)(1),
the designated local counsel is:
Richard G. Mack, Jr.
Miller Cohen, P.L.C.
600 W. Lafayette Blvd., 4th Floor,
Detroit, MI 48226
(313) 964-4454

*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that, on this 31st day of October 2013, the foregoing Appearance of Counsel was filed using the Court's electronic filing system; and, as a result, an electronic notice of the filing was sent to the following:

 Eric I. Frankie
 ericfrankie@yahoo.com
 535 Griswold, Suite 1650
 Detroit, MI 48226

 Richard G. Mack, Jr.
 richardmack@millercohen.com
 MILLER COHEN
 richardmack@millercohen.com
 600 West Lafayette Boulevard, 4th Floor
 Detroit, MI 48226

             s/Keith R. Bolek
             Keith R. Bolek